UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:19-cv-61285-RUIZ/SELTZER

DAVID PICOW,

    *Plaintiff*,

v.

SPROUT IRA, LLC.

    *Defendant*.

_____/

**NOTICE OF PENDING, REFILED,
RELATED OR SIMILAR ACTIONS**

Defendant Sprout IRA, LLC, pursuant to S.D. Fla. L.R. 3.8, provides this notice of the pendency of a related case to this action. Plaintiff David Picow filed a petition for Chapter 13 Voluntary Bankruptcy on February 19, 2019, which is captioned *In re: David L. Picow*, Case No.: 19-12154-JKO, and is assigned to Judge John K. Olson of the United States Bankruptcy Court for the Southern District of Florida.

| | |
|---|---|
| Dated: August 10, 2019 | By: s/ *Aaron S. Weiss* |
| | Stacey K. Sutton (FBN 289530) |
| | Email: ssutton@carltonfields.com |
| | Jennifer Yasko (FBN 109604) |
| | Email: jyasko@carltonfields.com |
| | Carlton Fields, P.A. |
| | 525 Okeechobee Boulevard, Suite 1200 |
| | West Palm Beach, Florida 33401 |
| | Telephone: (561) 659-7070 |
| | |
| | Aaron S. Weiss (FBN 48813) |
| | Email: aweiss@carltonfields.com |
| | Carlton Fields, P.A. |
| | 100 S.E. Second Street, Suite 4200 |
| | Miami, Florida 33131 |
| | Telephone: (305) 530-0050 |
| | *Attorneys for Sprout IRA, LLC* |

1

118856096.2