UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-61285-RAR

**DAVID PICOW**,

    Plaintiff,

v.

**SPROUT IRA, LLC**,

    Defendant.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** comes before the Court on Defendant's Motion to Dismiss Amended Complaint [ECF No. 6] ("Motion"), filed on July 24, 2019. Having considered the Motion, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the parties are to appear for a one-hour oral argument on **September 26, 2019 at 4:00 p.m.** in Courtroom 205C at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of September, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**